IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, | No. 2:07-cv-00224-MCE-EFB |
| Plaintiff, | |
| v. | **ORDER** |
| LESLIE'S POOLMART, INC., Individually and dba LESLIE'S SWIMMING POOL SUPPLIES #139 | |
| Defendant. | |

Pursuant to the parties Joint Status Report filed April 13, 2007, the parties consent to having this matter tried before a Magistrate Judge. See 28 U.S.C. § 636(c). According to E.D. Cal. R. 73-305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be assigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

///

///

///

1

1    IT IS HEREBY ORDERED that the Clerk of the Court reassign this
2 case to the Honorable Edmund F. Brennan.  The parties shall take note
3 that all documents hereafter filed with the Clerk of the Court shall
4 bear case number 2:07-cv-00224-EFB.  All currently scheduled dates
5 presently set before Judge England are hereby VACATED.

7 Dated: May 23, 2007

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE

12    Having also reviewed the file, I accept reference of this case
13 for all further proceedings and entry of final judgment.
14 DATED:  May 23, 2007

                                    _____
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE

2